# FIRST DEPARTMENT, NOVEMBER, 1945.

## (November 2, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHIE R. CONOVER, as Trustee with Others under Agreement with JOHN SANFORD, Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Appellants.

*Per Curiam.* After taking into consideration all relevant factors, we think that the order should be modified by fixing the assessed valuations as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $100,000 | $19,000 | $119,000 |
| 1942–43 | 95,000 | 11,000 | 106,000 |
| 1943–44 | 95,000 | 10,000 | 105,000 |

and as so modified, affirmed, with $20 costs and disbursements to the appellants. Martin, P. J., Townley, Glennon, Dore and Cohn, JJ., concur.

Order unanimously modified by fixing the assessed valuations as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $100,000 | $19,000 | $119,000 |
| 1942–43 | 95,000 | 11,000 | 106,000 |
| 1943–44 | 95,000 | 10,000 | 105,000 |

and as so modified, affirmed, with $20 costs and disbursements to the appellants. Settle order on notice.